# UNITED STATES DISTRICT COURT
## for the
## ___ District of Nevada

___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR - 6 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

United States of America )
v. ) Case No. 2:18-mj-344-CWH
**Donnell Lavert Robinson, Jr.** )
_Defendant_ ) Charging District: District of North Dakota
) Charging District's Case No. 1:15-cr-185-DLH

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court, 220 East Rosser Ave, Bismarck, ND 58501 | Courtroom No.: Magistrate Judge Charles S. Miller, Jr.'s Courtroom |
|---|---|
| | Date and Time: April 30, 2018, 10 AM CDT |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: April 6, 2018

_____
_Judge's signature_

C.W. HOFFMAN, JR., U.S. MAGISTRATE JUDGE
_Printed name and title_